**[Dodefmao]** [District Order Deficient Motion, Application or Objection]

ORDERED.

**Dated: March 10, 2017**

K. Rodney May
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                    Case No. 8:16–bk–01836–KRM
                                                          Chapter 7

Charles J. Ralston Jr.

Nellie M. Ralston

_____Debtor*_____/

### ORDER ABATING MOTION TO SELL (SHORT SALE) OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS ENCUMBRANCES AND INTERESTS PURSUANT TO 11 U.S.C. SECTION 363(B), (F) AND (M), BID PROCEDURES, SURCHARGE AGREEMENT BETWEEN SECURED LENDER AND THE ESTATE, SECURED LENDER'S RIGHT TO CREDIT BID AND OTHER RELIEF

THIS CASE came on for consideration, without hearing, of the Motion to Sell (Short Sale) of Real Property Free and Clear of Liens, Claims Encumbrances and Interests Pursuant to 11 U.S.C. Section 363(b), (f) and (m), Bid Procedures, Surcharge Agreement Between Secured Lender and the Estate, Secured Lender's Right to Credit Bid and Other Relief by Trustee Traci Stevenson , Doc. # 30 . After a review of the motion , the Court determines that the motion is deficient as follows:

☐ The motion does not include an original or electronic signature of the movant's attorney as required by Fed. R. Bankr P. 9011.

☐ The motion does not include a signed and dated proof of service as required by Local Rule 9013–1.

☑ The prescribed filing fee of $181.00 , as required by the Bankruptcy Court Schedule issued in accordance with 28 U.S.C § 1930 was not paid.

☐ The negative notice legend is not fully displayed on the first page or does not conform to the approved negative notice legend prescribed by Local Rule 2002–4.

☐ The motion does not specifically describe the property, including the legal description if real property, or VIN if vehicle.

☐ The Motion for Referral to Mortgage Modification Mediation does not include a complete property address.

☐ The Motion for Referral to Mortgage Modification Mediation does not include the last four digits of the mortgage loan number.

☐ The reaffirmation agreement does not include a signature of both the Debtor and Creditor.

☐ The Chapter 11 Fee Application does not include the Chapter 11 Fee Application Summary required by Local Rule 2016–1(c)(2)(i) or the summary is not placed within the application in the location required by Local Rule 2016–1(c)(2)(i).

Accordingly it is

***ORDERED:***

Consideration of the motion is abated until the deficiency is corrected.


The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.