FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 16-01836-KRM | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|
| Case Name: | RALSTON, Jr., CHARLES J. AND RALSTON, NELLIE M. | Date Filed (f) or Converted (c): | 03/03/2016 (f) |
| For the Period Ending: | 3/31/2017 | §341(a) Meeting Date: | 04/13/2016 |
| | | Claims Bar Date: | 07/18/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 7317 Connecticut Avenue Sarasota, FL - 34243-0000 Manatee County | $127,571.00 | $0.00 | | $0.00 | $1,000.00 |
| 2 | Make: Hyundai Model: Sonata Year: 2011 Mileage: 48000 Other Information: VIN# 5NPEC4AC3BH096421 7317 Connecticut Avenue, Sarasota FL 34243 | $8,891.00 | $0.00 | OA | $0.00 | FA |
| 3 | Debtors' Household Goods 7317 Connecticut Avenue, Sarasota FL 34243 | $900.00 | $0.00 | | $0.00 | FA |
| 4 | Debtors' Miscellaneous Sports Equipment 7317 Connecticut Avenue, Sarasota FL 34243 | $40.00 | $0.00 | | $0.00 | FA |
| 5 | Debtors' Clothing 7317 Connecticut Avenue, Sarasota FL 34243 | $200.00 | $0.00 | | $0.00 | FA |
| 6 | Debtors' Jewelry 7317 Connecticut Avenue, Sarasota FL 34243 | $300.00 | $0.00 | | $0.00 | FA |
| 7 | Miscellaneous Books, Pictures, Art Objects, CD's, DVD's, Etc. 7317 Connecticut Avenue, Sarasota FL 34243 | $50.00 | $0.00 | | $0.00 | FA |
| 8 | Debtors' Checking Account with BB&T 17.1. Checking Account ending in 8934 | $1,295.26 | $0.00 | | $0.00 | FA |
| 9 | 2015 Tax Refund Will be taken by IRS Federal | Unknown | $0.00 | | $0.00 | FA |
| 10 | Pending Creditor Harrassment Case against Ditech | $1,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $140,247.26 | $0.00 | | $0.00 | $1,000.00 |

**Major Activities affecting case closing:**

| 04/25/2017 | Motion to sell approved. Rcvd order for motion to sell from Lauren @BKG. After Traci looks over order I will get it docketed. tickled for f/u |
| 03/16/2017 | Filed motion to sell property, paid filing fee and filed a notice of hearing set for 4/25/17 @9:30am in courtroom 9b tickled for f/u |
| 03/15/2017 | Called Nita-case manager re: motion to sell hearing date. tickled for f/u |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2

| Case No.: | 16-01836-KRM | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|
| Case Name: | RALSTON, Jr., CHARLES J. AND RALSTON, NELLIE M. | Date Filed (f) or Converted (c): | 03/03/2016 (f) |
| For the Period Ending: | 3/31/2017 | §341(a) Meeting Date: | 04/13/2016 |
| | | Claims Bar Date: | 07/18/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 03/14/2017 | left another message for Nita-case manager in re: setting a hearing with the courts. tickled for tomorrow to f/u again |
| 03/09/2017 | L/M for Nita-case manager regarding motion to sell hearing. tickled for f/u |
| 02/27/2017 | Filed Motion to sell for BKG |
| 11/14/2016 | sent signed form to BKG waiting on next step tickled for f/u |
| 10/03/2016 | accepted offer on house on bkg portal ta checking on next step |
| 08/25/2016 | em Alisa from BKG re: order not having judges initials after case number on orders. I explained to her going forward this needs to be protocol. She is having to add to order so I can resubmit. tickled for f/u |
| 08/24/2016 | FIled app and ord to hr BKG tickled for COS |
| 07/29/2016 | uploaded app to hr BKG in BKG portal |
| 04/26/2016 | filed NOA on Hyundai |
| 04/13/2016 | PE, non ex. sent to bkginc. lives in house but moving in a few weeks. has key. |
| 04/12/2016 | non ex. h/s bkginc. |

Initial Projected Date Of Final Report (TFR):  10/15/2017    Current Projected Date Of Final Report (TFR):

/s/ TRACI K. STEVENSON

TRACI K. STEVENSON